THIGPEN v. NGO

No. 292A01

Case below: 143 N.C. App. 209

Petition by defendant (Corazon Ngo, M.D.) for discretionary review pursuant to G.S. 7A-31 and Appellate Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 19 July 2001. Petition by defendant (Onslow County Hospital Authority) for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 19 July 2001.

THIGPEN v. NGO

No. 332A01

Case below: 143 N.C. App. 223

Petition by defendants (Marshall B. Frink, M.D., National Emergency Services, Inc. and CP/National, Inc. a/k/a/ Community Physicians/National, Inc.) for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 19 July 2001.

THOMAS v. BOST

No. 305P01

Case below: 143 N.C. App. 570

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 19 July 2001.

TILLY v. HIGH POINT SPRINKLER

No. 274P01

Case below: 143 N.C. App. 142

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 19 July 2001.